UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEX KARAKHANOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-943 CAS |
| ) | |
| MBNA AMERICA BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff Alex Karakhanov's Motion to Withdraw Application to Vacate Arbitration Award. The Court will grant plaintiff's motion. The Court notes that defendant MBNA America Bank, N.A.'s motion to confirm the arbitration award remains pending. [Doc. 7] Because plaintiff has withdrawn his motion to vacate the arbitration award, he has no response in the record to defendant's motion to confirm the arbitration award. The Court will grant plaintiff ten days in which to file any opposition to the motion to confirm arbitration award.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to withdraw application to vacate arbitration award is **GRANTED**. [Doc. 15]

**IT IS FURTHER ORDERED** that plaintiff's Motion to Vacate Arbitration Award is **withdrawn** from the record. [Doc. 1]

**IT IS FURTHER ORDERED** that plaintiff shall file any opposition to defendant's motion to confirm the arbitration award no later than **October 3, 2005**. In the event plaintiff does not file any opposition, the Court may summarily affirm the motion to confirm arbitration award.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  23rd  day of September, 2005.