UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALEX KARAKHANOV, )
 )
    Plaintiff, )
 )
  v. ) No. 4:05-CV-943 CAS
 )
MBNA AMERICA BANK, N.A., )
 )
    Defendant. )

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion to confirm arbitration award is **GRANTED** and the arbitration award in favor of MBNA America Bank, N.A. is **CONFIRMED** in all respects.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of January, 2006.